IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
File No: 1:17-cv-00146

| | | |
|---|---|---|
| ROBERT RAASCH AND LINDA RAASCH, | ) | |
| | ) | |
| Plaintiffs, | ) | **PLAINTIFFS' NOTICE OF** |
| | ) | **DISMISSAL OF DEFENDANTS** |
| v. | ) | **PMC PROPERTY GROUP, INC.** |
| | ) | **AND KIMPTON HOTEL &** |
| CBL & ASSOCIATES, INC. a/k/a CBL & | ) | **RESTAURANT GROUP, LLC** |
| ASSOCIATES PROPERTIES, INC. d/b/a | ) | **WITHOUT PREJUDI CE** |
| HANES MALL, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**NOW COME** the Plaintiffs, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby give notice of their dismissal of Defendants PMC Property Group, Inc. and Kimpton Hotel & Restaurant Group, LLC from this lawsuit, without prejudice.

Respectfully submitted, this the 14th day of April, 2017.

*/s/ Kevin W. Paul*
Kevin W. Paul, Esq.
MSBA #43730
Simon, Greenstone, Panatier & Bartlett, PC
3232 McKinney Ave., Suite 610
Dallas, TX 75204
214-276-7680
kpaul@sgpblaw.com

*/s/ Janet Ward Black*
Janet Ward Black, Esq.
NC State Bar 12869
Attorney for Plaintiff
Ward Black Law
208 W. Wendover Avenue
Greensboro, NC 27401
336-333-2244
jwblack@wardblacklaw.com
*Local Civil Rule 83.1 Counsel*

1

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  I hereby certify that on <u>April 14, 2017</u>, I electronically filed the foregoing true and correct copy of this PLAINTIFFS' NOTICE OF DISMISSAL OF DEFENDANTS PMC PROPERTY GROUP, INC. AND KIMPTON HOTEL & RESTAURANT GROUP, LLC WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF system, and I hereby certify that I have thereby electronically served the document to all other current counsel, as listed below.

              */s/ Kevin W. Paul*
              Kevin W. Paul, Esq.
              MSBA #43730
              Simon, Greenstone, Panatier & Bartlett, PC
              3232 McKinney Ave., Suite 610
              Dallas, TX 75204
              214-276-7680
              kpaul@sgpblaw.com

**ATTORNEYS OF RECORD**:

Reid Calwell Adams, Jr., Esq.
Rudolf A. Garcia-Gallont, Esq.
Womble, Carlyle, Sandridge & Rice, LLP
One West Fourth Street
Winston-Salem, NC 27101
*Attorneys for CBL & Associates, Inc. a/k/a*
*CBL & Associates Properties, Inc. d/b/a*
*Hanes Mall, and CBL & Associates Management, Inc.*
*d/b/a Hanes Mall*
cadams@wcsr.com
rgarcia-gallont@wcsr.com

Jennifer M. Techman, Esq.
Evert, Weathersby & Houff
3455 Peachtree Road, Suite 1550
Atlanta, GA 30326
*Attorney for CBS Corporation (a Delaware Corp.),*
*Viacom, Inc., f/k/a Westinghouse Electric Corp., & Dover Corp. f/k/a Dover Elevator Company*
jmtachman@ewhlaw.com

2

H. Lee Davis, Jr., Esq.
Davis & Hamrick, LLP
P.O. Drawer 20039
Winston-Salem, NC 27120-0039
*Attorney for Honeywell International, Inc. f/k/a Allied-Signal, Inc.*
ldavis@davisandhamrick.com
Keith E. Coltrain, Esq.
Wall, Templeton & Haldrup, P.A.
1001 Wade Avenue, Suite 423
Raleigh, NC 27605
*Attorney for Metropolitan Life Insurance Company*
keith.coltrain@walltempleton.com

Tracy E. Tomlin, Esq.
William Michael Starr, Esq.
Nelson, Mullins, Riley & Scarborough, LLP
100 N. Tryon Street, 42nd Floor
Charlotte, NC 28202-4000
*Attorneys for Otis Elevator Company & United Technologies Corporation*
tracy.tomlin@nelsonmullins.com
bill.starr@nelsonmullins.com

Frank J. Gordon, Esq.
Millberg, Gordon & Stewart, PLLC
1101 Haynes Street, Suite 104
Raleigh, NC 27604
*Attorney for Thyssenkrupp Elevator Corporation*
fgordon@mgsattorneys.com

**ATTORNEYS NOT OF RECORD:**

Roberta King Latham, Esq.
Bennett & Guthrie, PLLC
1560 Westbrook Plaza Drive
Winston-Salem, NC 27103
*Attorney for PMC Property Group, Inc.*
*and Kimpton Hotel & Restaurant Group, LLC*
rking@bennett-guthrie.com

Robert Meriwether, Esq.
Nelson, Mullins, Riley & Scarborough, LLP
Meridian, 17th Floor
1320 Main Street
Columbia, SC 29201
*Attorney for Dover Corporation f/k/a Dover Elevator Company and Oshkosh B'Gosh, Inc. a Subsidiary of Carter's Inc.*

3

Robert.meriwether@nelsonmullins.com