IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ROBERT RAASCH and LINDA RAASCH,    )
                                    )
                    Plaintiffs,     )
                                    )
        v.                          )        1:17cv146
                                    )
CBL & ASSOCIATES, INC. a/k/a CBL &  )
ASSOCIATES PROPERTIES, INC. d/b/a   )
HANES MALL, et al.,                 )
                                    )
                    Defendants.     )

**ORDER**

This matter is before the Court on the parties' Joint Motion to Dismiss Defendants CBL & Associates, Inc. a/k/a CBL & Associates Properties, Inc. d/b/a Hanes Mall and CBL & Associates Management Inc. d/b/a Hanes Mall. (ECF No. 34.) Plaintiffs Robert Raasch and Linda Raasch and Defendants CBL & Associates, Inc. a/k/a CBL & Associates Properties, Inc. d/b/a Hanes Mall and CBL & Associates Management Inc. d/b/a Hanes Mall jointly move for the entry of an order of dismissal of the claims against Defendants CBL & Associates, Inc. a/k/a CBL & Associates Properties, Inc. d/b/a Hanes Mall and CBL & Associates Management Inc. d/b/a Hanes Mall.

Based on the representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant CBL & Associates, Inc. a/k/a CBL & Associates Properties, Inc. d/b/a Hanes Mall and CBL &

Associates Management Inc. d/b/a Hanes Mall are DISMISSED WITHOUT PREJUDICE.

Each party will bear its own costs.

This, the 28th day of April, 2017.

/s/ Loretta C. Biggs  
United States District Judge