IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ROBERT RAASCH AND LINDA RAASCH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| V. | ) | 1:17CV146 |
| | ) | |
| CBL & ASSOCIATES, INC. A/K/A CBL & | ) | |
| ASSOCIATES PROPERTIES, INC., | ) | |
| D/B/A HANES MALL, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court upon the Joint Motion to Dismiss Oshkosh B'Gosh, Inc. (ECF No. 38) filed by Plaintiffs Robert Raasch and Linda Raasch and Defendant Oshkosh B'Gosh, Inc., a subsidiary of Carter's Inc. (hereinafter referred to as Oshkosh B'Gosh, Inc.). The motion states that the parties seek to dismiss without prejudice all claims against Oshkosh B'Gosh, Inc. in this matter.

Based on the representations to the Court and for good cause shown,

IT IS ORDERED that the motion is GRANTED, and all claims of Plaintiffs, Robert Raasch and Linda Raasch against Defendant Oshkosh B'Gosh, Inc., are DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

This, the 16th day of June, 2017.

      /s/ Loretta C. Biggs
United States District Judge