IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT RAASCH AND LINDA RAASCH, ) <br> ) <br> Plaintiffs, ) <br> ) <br> VS. ) <br> ) <br> CBL & ASSOCIATES, INC. ) <br> A/K/A CBL & ASSOCIATES ) <br> PROPERTIES, INC., ) <br> D/B/A HANES MALL, ET AL., ) <br> ) <br> Defendants. ) <br> ) | 1:17CV146 |

### ORDER

This matter is before the Court upon motion by Plaintiffs, Robert Raasch and Linda Raasch, and Defendant United Technologies Corporation, to dismiss without prejudice all claims against United Technologies Corporation. (ECF No. 45.) The parties seek to dismiss without prejudice, all claims against Defendant United Technologies Corporation and no other in this civil action.

Based on the representations to the Court and for good cause shown,

IT IS ORDERED that the joint motion is GRANTED and all of Plaintiffs Robert Raasch and Linda Raasch's claims against United Technologies Corporation are hereby DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs.

This, the 11th day of January, 2018.

/s/ Loretta C. Biggs
United States District Judge