IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT RAASCH AND LINDA RAASH ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | 1:17CV146 |
| ) | |
| CBL & ASSOCIATES, INC., et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss Defendants Dover Corporation f/k/a Dover Elevator Company and ThyssenKrupp Elevator Corporation (sued individually and as successor-in-interest to Dover Elevator Company) (ECF No. 48.) Plaintiffs Robert Raasch and Linda Raash and Defendants, Dover Corporation f/k/a Dover Elevator Company and ThyssenKrupp Elevator Corporation (sued individually and as successor-in-interest to Dover Elevator Company) jointly move for the entry of an order of dismissal of the claims against Defendants Dover Corporation f/k/a Dover Elevator Company and ThyssenKrupp Elevator Corporation (sued individually and as successor-in-interest to Dover Elevator Company), and no others in this civil action.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendants Dover Corporation f/k/a Dover Elevator Company and ThyssenKrupp Elevator Corporation (sued individually and as successor-in-interest to Dover Elevator Company), and no others in this civil action, are DISMISSED without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 15th day of March, 2018.

/s/ Loretta C. Biggs
United States District Judge