IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| ROBERT RAASCH and  LINDA RAASCH, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | 1:17CV146 |
| CBL & ASSOCIATES, INC., et al., | ) ) ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the parties' Stipulation of Dismissal. (ECF No. 59.) Plaintiffs, Robert Raasch and Linda Raasch, and Defendant, Honeywell International, Inc., jointly move for the entry of an order of dismissal with prejudice of the claims against Defendant Honeywell International, Inc.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Honeywell International, Inc. are DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 2nd day of July, 2018.

/s/ Loretta C. Biggs
United States District Judge