IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROBERT RAASCH and <br> LINDA RAASCH, <br><br> Plaintiffs <br><br> v. <br><br> CBL & ASSOCIATES, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) 1:17CV146 <br> ) <br> ) <br> ) <br> ) |

## ORDER

This matter is before the Court on the parties' Stipulation of Dismissal. (ECF No. 61.) Plaintiffs, Robert Raasch and Linda Raasch, and Defendant, Otis Elevator Company, jointly move for the entry of an order of dismissal with prejudice of the claims against Defendant Otis Elevator Company.

Based on representations to the Court and for good cause shown,

IT IS HEREBY ORDERED that all claims brought against Defendant Otis Elevator Company are DISMISSED with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2). Each party will bear its own costs.

This, the 10th day of July, 2018.

/s/ Loretta C. Biggs
United States District Judge